FILED

01/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

# Supreme Court Conference Agenda
# Tuesday, January 5, 2021

## CASES FOR CLASSIFICATION

| No. | Name |
| --- | --- |
| DA 20-0257 | Phipps v. Old Republic |
| DA 19-0555 | State v. C. Kirkland |
| DA 20-0238 | ALPS Property v. Keller |
| DA 19-0606 | Matter of Z.L., Youth |
| DA 19-0364 | State v. J. Marsh |
| DA 19-0583 | Beavers v. State |
| DA 20-0288 | B. Smith v. K. Green |
| DA 20-0145 | Public Land & Water v. Robbins |
| DA 20-0217 | Matter of T.N.B., A.M.B., and S.M.B., YINC |

## MISCELLANEOUS CASES

| No. | Name | Notes |
| --- | --- | --- |
| PR 20-0005 | Rule V Admission by Practicing Attorney | (Blair) |
| DA 20-0348 | Matter of T.G., S.G., & G.B., YINC | (Anders Matter) |
| DA 20-0345 | Matter of LJ.P. & R.P., YINC | (Anders Matter) |